```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
```



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 1:12-CR-374 LJO |
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| NAVA THAMMAVONG, KHAMPHOUD THAMMAVONG, and DAVID THAMMAVONG,, | |
| Defendants. | |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

DATED: 11/1/12

U.S. Magistrate Judge